```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 10983
    STANLEY J HAGERMAN
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-5293


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 06/20/2007 and was not confirmed.

     The case was dismissed without confirmation 08/29/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------

AMERICREDIT FINANCIAL SE  SECURED VEHIC    6500.00              .00            .00
AMERICREDIT               UNSECURED        7284.15              .00            .00
LOUIS CANO                NOTICE ONLY     NOT FILED             .00            .00
CAPITAL ONE               UNSECURED         736.24              .00            .00
CAPITAL ONE               UNSECURED         969.13              .00            .00
CAPITAL ONE               UNSECURED        1374.23              .00            .00
CAPITAL ONE               UNSECURED         682.35              .00            .00
CAPITAL ONE BANK          NOTICE ONLY     NOT FILED             .00            .00
CARDIAC DIAGNOSTIC        UNSECURED       NOT FILED             .00            .00
HSBC ORCHARD BANK         UNSECURED       NOT FILED             .00            .00
HSBC CARD SERVICES        NOTICE ONLY     NOT FILED             .00            .00
CARDIAC SERVICE           UNSECURED       NOT FILED             .00            .00
AT&T                      NOTICE ONLY     NOT FILED             .00            .00
CACH LLC                  UNSECURED       NOT FILED             .00            .00
ILLINOIS DEPT OF REVENUE  UNSECURED         196.22              .00            .00
COMMONWEALTH EDISON       NOTICE ONLY     NOT FILED             .00            .00
FIRST CONSUMERS NATIONAL  UNSECURED       NOT FILED             .00            .00
ADVOCATE ILLINOIS MASONI  UNSECURED       NOT FILED             .00            .00
HOLY CROSS HOSPITAL       UNSECURED       NOT FILED             .00            .00
HEART SPECIALISTS INC     UNSECURED       NOT FILED             .00            .00
CITY OF CHICAGO PARKING   UNSECURED       NOT FILED             .00            .00
AOL                       UNSECURED       NOT FILED             .00            .00
CAPITAL ONE               NOTICE ONLY     NOT FILED             .00            .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED             .00            .00
CITY OF CHICAGO PARKING   UNSECURED       NOT FILED             .00            .00
CAPITAL ONE               NOTICE ONLY     NOT FILED             .00            .00
HOLY CROSS                NOTICE ONLY     NOT FILED             .00            .00
MIDWEST DIAGNOSTIC PATHO  UNSECURED       NOT FILED             .00            .00
GE MONEY BANK             UNSECURED       NOT FILED             .00            .00
NICOR GAS                 UNSECURED       NOT FILED             .00            .00
AMERICAN GENERAL FINANCE  UNSECURED       NOT FILED             .00            .00
CAPITAL ONE               UNSECURED       NOT FILED             .00            .00
ILLINOIS DEPT OF REVENUE  PRIORITY         1022.14              .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         992.97              .00            .00
AMERICASH LOANS LLC       UNSECURED        1464.78              .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 10983 STANLEY J HAGERMAN
```

```
STEVEN O HAMILL            REIMBURSEMENT      274.00                .00              .00
STEVEN O HAMILL            DEBTOR ATTY      3,000.00                                 .00
TOM VAUGHN                 TRUSTEE                                                   .00
DEBTOR REFUND              REFUND                                                    .00

      Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                             RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                     .00
DEBTOR REFUND                                            .00
                          ---------------       ---------------
TOTALS                          .00                      .00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
   Dated: 12/05/07                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```